**Mario PEREZ–ROSAS, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14–70148.**

United States Court of Appeals, Ninth Circuit.

Submitted April 26, 2016.*

Filed May 2, 2016.

Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, for Petitioner.

Before: McKEOWN, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Mario Perez–Rosas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual determinations. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

Substantial evidence supports the agency's finding that Perez–Rosas engaged in affirmative acts in support of alien smuggling, which statutorily barred him from establishing good moral character in order to qualify for cancellation of removal. *See* 8 U.S.C. §§ 1101(f)(3), 1182(a)(6)(E)(i), 1229b(b)(1)(B); *Urzua Covarrubias v. Gonzales*, 487 F.3d 742, 747–49 (9th Cir. 2007) (alien smuggling finding was supported where petitioner provided an "affirmative act of help, assistance, or encouragement" in furtherance of an alien's illegal entry into the United States (citation and quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.